UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 13 PM 3:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DAVID FERGUSON,

    Plaintiff,

v.

N. OBI, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 2:04-2991-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on July 12, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 13, 2005
Date

THOMAS M. GOULD
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02991 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

David Ferguson
SHELBY COUNTY CORRECTIONAL COMPLEX
12554
1045 Mullins Station Rd.
Memphis, TN 38134

Honorable J. Breen
US DISTRICT COURT